**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED:  6/9/26 _____



# SOCIAL SECURITY
# LAW & POLICY

June 9, 2026

Honorable Andrew L. Carter, Jr.
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Hurtado v. Bisignano*, No. 1:25-cv-08127-ALC (S.D.N.Y.)

Dear Judge Carter:

The Commissioner's response to plaintiff's brief is due by June 12, 2026.  He requests that the Court grant him an extension of time until July 27, 2026, to file that response.   The Commissioner also requests that the Court grant plaintiff an extension of time until August 10, 2026, to file a reply to the Commissioner's response. This is the Commissioner's second request for an extension of time of the filing deadlines in this case—the Court granted the initial request. (Docket Number 7).  Plaintiff's attorney has assented to this request.

The Social Security Administration, Law & Policy, Program Litigation 2 coordinates the defense of all Social Security actions filed in the United States District Courts within the First, Second, and D.C. Circuits.  As part of its duties, Program Litigation 2 is responsible for drafting the Commissioner's briefs in the numerous disability cases in these districts.  This large number of cases, combined with recent staffing losses, has led to a greatly increased caseload for the agency's remaining attorneys.  Indeed, the undersigned has seventeen briefs and eleven answers due in the next thirty days alone.  Additionally, the undersigned is solely responsible for litigating the recent influx of cases, like this one, challenging the Commissioner's fraud redetermination procedures.

Because of the large number of pending social security disability cases, the undersigned cannot prepare the Commissioner's response to plaintiff's brief by June 12, 2026. Accordingly, the Commissioner requests an extension of time until July 27, 2026, to file that response, and an extension of time until August 10, 2026, for plaintiff to file a reply to the Commissioner's response.  Thank you for your consideration.

Respectfully submitted,

Frank Bisignano,
By His Attorney

*/s/ Daniel S. Tarabelli*
Daniel S. Tarabelli, MA Bar No. 674072
Special Assistant United States Attorney
Social Security Administration
Law & Policy, Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235-6401
Tel: (617) 565-4286
Daniel.Tarabelli@ssa.gov

Of Counsel:
Michael J. Pelgro
Head of Program Litigation 2
Social Security Administration

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

6/9/26

If the Parties are interested in
pursuing settlement at any point, the
Court is more than willing to assist.